UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 06-58682-WSD
BETTY E HYLKO  CHAPTER 13 PROCEEDINGS
  HON. WALTER SHAPERO, DETROIT

_____Debtor_____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| BETTY E HYLKO<br>1199 S SHELDON<br>D23<br>PLYMOUTH, MI 48170-0000<br>SSN: XXX-XX-6348 | N/A | N/A | DEBTOR REFUND | 1293413 | 8/18/10 | $ 16.92 |

DATED: August 26, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930    3143921
DETROIT, MICHIGAN 48231-1930

0658682 00000 017414 1293413
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 08/18/2010  
Payee: CLERK OF US BANKRUPTCY COURT  
Check No: 1293413

| 0658682 | BETTY E HYLKO | | | 16.92 | 0.00 | 16.92 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.   CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**TAMMY L. TERRY**  
**TRUSTEE**

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT  
P.O. BOX 31-1930  
Detroit, MI 48231-1930  
(313)967-9857 FAX

64-79  
611

**CHECK NO. 1293413**  
SunTrust Bank

FOR BETTY E HYLKO  
BK:0658682 ACCT:  
PRIN:  16.92  INT:  0.00

DATE Aug 18, 2010

AMOUNT **********16.92

PAY **16.92**  
Sixteen And 92 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT  
TRUST ACCOUNT  
VOID OVER $16.92  
VOID 90 DAYS AFTER DATE

TO THE ORDER OF  
CLERK OF US BANKRUPTCY COURT  
% DAVID BOICE/ UNCLAIMED  
211 W FORT ST  
DETROIT, MI 48226

*Tammy L. Terry*  
Chapter 13 Trustee

⑆1293413⑆ ⑉067100790⑉ 0900052515⑊

06-58682-wsd    Doc 44    Filed 08/27/10    Entered 08/27/10 07:35:20    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:            CASE NO. 06-58682-WSD
BETTY E HYLKO                CHAPTER 13 PROCEEDINGS
                             HON. WALTER SHAPERO.DETROIT

        Debtor
_____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**CHARLES J SCHNEIDER
39319 PLYMOUTH RD #1
LIVONIA, MI 48150**

**Last Known Address for Debtor:**

**BETTY E HYLKO
1199 S SHELDON
D23
PLYMOUTH, MI 48170**

DATED: August 26, 2010        /s/ TAMMY L. TERRY
                                              TAMMY L. TERRY, STANDING
                                              CHAPTER 13 TRUSTEE
                                              535 GRISWOLD
                                              SUITE 2100
                                              DETROIT, MI 48226